# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13613-ELF

JOSEPH  DESIDERIO
JOAN E DESIDERIO
331 DAVIS AVENUE

CLIFTON HEIGHTS, PA 19018

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH  DESIDERIO
    JOAN E DESIDERIO
    331 DAVIS AVENUE

    CLIFTON HEIGHTS, PA 19018

**Counsel for debtor(s), by electronic notice only.**
    EUGENE J MALADY
    211 N OLIVE ST
    SUITE 1
    MEDIA, PA 19063

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


        /s/ William C. Miller

Date: 8/16/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee