# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **Joseph & Joan Dedsiderio**         : Chapter 13
                          **Debtors**           : Case No. 18-13613-elf

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE CLERK:

Kindly mark the Objection to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 16 on June 27, 2018 as **WITHDRAWN**.

Respectfully submitted:

**MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

Date:  08/25/2018         BY:    /s/ Stephen V. Bottiglieri
                                 Stephen V. Bottiglieri, Esquire
                                 Attorney for Delaware County Tax Claim Bureau
                                 230 N. Monroe Street
                                 Media, PA 19063
                                 P (610) 565-2211
                                 F (610) 565-1846
                                 Sbottiglieri@gillinlawoffice.com