# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph Desiderio<br>        Joan E Desiderio<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust, its successors and/or assigns<br>                    Movant<br>        vs. | |
| Joseph Desiderio<br>Joan E Desiderio<br>                    Debtor(s) | NO. 18-13613 elf |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation and Amended Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **June 22, 2018 ; Docket #14** and **June 27, 2018 ; Docket #15.**

                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    412-430-3594

September 6, 2018