IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: NO. 18-13613
JOSEPH DESIDERIO :
JOAN DESIDERIO : CHAPTER 13

### ORDER APPROVING COUNSEL FEE

AND NOW, this 11th day of January, 2019, upon consideration of the Application for Compensation submitted by Eugene J. Malady, LLC, counsel for the debtor, it is hereby **ORDERED** that counsel fees in the amount of **$3,678.75** and expenses in the amount of **$514.00** are allowed as fair and reasonable and necessary counsel fee and costs in connection with this case. After a reduction for the amounts already received, the trustee may distribute to counsel $2,192.75 to the extent provided for in the confirmed plan.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE