United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph Desiderio
Joan E Desiderio
    Debtors

Case No. 18-13613-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 11, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db/jdb     +Joseph Desiderio,   Joan E Desiderio,   331 Davis Avenue,   Clifton Heights, PA 19018-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
         EUGENE J. MALADY    on behalf of Debtor Joseph  Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com
         EUGENE J. MALADY    on behalf of Joint Debtor Joan E Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotices@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :    NO.    18-13613
    JOSEPH DESIDERIO                                :
    JOAN DESIDERIO                                  :    CHAPTER 13

## ORDER APPROVING COUNSEL FEE

AND NOW, this 11th day of January, 2019, upon consideration of the Application for Compensation submitted by Eugene J. Malady, LLC, counsel for the debtor, it is hereby **ORDERED** that counsel fees in the amount of **$3,678.75** and expenses in the amount of **$514.00** are allowed as fair and reasonable and necessary counsel fee and costs in connection with this case. After a reduction for the amounts already received, the trustee may distribute to counsel $2,192.75 to the extent provided for in the confirmed plan.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE