United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Desiderio  
Joan E Desiderio  
     Debtors

Case No. 18-13613-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 23, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.  
14163585        Wells Fargo USA Holdings Inc.,   c/o Wells Fargo Bank, N.A., as Servicer,    Default Document Processing N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:  
      EUGENE J. MALADY    on behalf of Debtor Joseph  Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com  
      EUGENE J. MALADY    on behalf of Joint Debtor Joan E Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com  
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotices@comcast.net  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                          TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13613-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joseph Desiderio<br>331 Davis Avenue<br>Clifton Heights PA 19018 | Joan E Desiderio<br>331 Davis Avenue<br>Clifton Heights PA 19018 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Wells Fargo USA Holdings Inc., c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 | US Bank NA<br>C/O SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/25/19

Tim McGrath
**CLERK OF THE COURT**