**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** | : **Chapter 13** |
| **Joseph Desiderio** | : **Case No. 18-13613-ELF** |
| **Joan E. Desiderio** | : |
| **Debtors,** | : |
| ---------------------------------------------------- | : |
| U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust | : |
| Movant, | : |
| v. | : Hearing: March 3, 2020 at 11:00 a.m. |
| | : Courtroom # 1 |
| Joseph Desiderio | : |
| Joan E. Desiderio | : |
| Debtors, and | : |
| William C. Miller, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| Respondents. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

AND NOW, upon the Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is **MODIFIED** to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*331 Davis Avenue, Clifton Heights, PA 19018*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

**Order entered by default.**

Date: 3/13/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**