United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Desiderio  
Joan E Desiderio  
    Debtors

Case No. 18-13613-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda    Page 1 of 1    Date Rcvd: Mar 13, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.  
db/jdb       +Joseph Desiderio,    Joan E Desiderio,    331 Davis Avenue,    Clifton Heights, PA 19018-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:  
         BRIAN E. CAINE    on behalf of Creditor    US Bank NA bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         EUGENE J. MALADY    on behalf of Debtor Joseph Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com  
         EUGENE J. MALADY    on behalf of Joint Debtor Joan E Desiderio kjones@ejmcounselors.com, emalady@ejmcounselors.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau laltieri@toscanigillin.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                    TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | Chapter 13 |
| Joseph Desiderio<br>Joan E. Desiderio | Case No. 18-13613-ELF |
| **Debtors,** | |
| U.S. Bank Trust National Association,<br>as Trustee of the Chalet Series III Trust | |
| Movant,<br>v. | Hearing: March 3, 2020 at 11:00 a.m.<br>Courtroom # 1 |
| Joseph Desiderio<br>Joan E. Desiderio | |
| Debtors,<br>and | |
| William C. Miller, Esquire<br>Trustee, | 11 U.S.C. §362(d) |
| Respondents. | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, upon the Motion of U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is **MODIFIED** to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*331 Davis Avenue, Clifton Heights, PA 19018*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

**Order entered by default.**

Date: 3/13/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**