# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13613-ELF

JOSEPH  DESIDERIO
JOAN E DESIDERIO
331 DAVIS AVENUE

CLIFTON HEIGHTS, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JOSEPH  DESIDERIO
  JOAN E DESIDERIO
  331 DAVIS AVENUE

  CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

  EUGENE J MALADY
  211 N OLIVE ST
  SUITE 1
  MEDIA, PA 19063

                /S/ William C. Miller

Date: 6/9/2020               _____

                William C. Miller, Esquire
                Chapter 13 Standing Trustee