**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JOSEPH  DESIDERIO  
JOAN E DESIDERIO

Chapter 13

          Debtor            Bankruptcy No. 18-13613-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 29, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
EUGENE J MALADY  
211 N OLIVE ST  
SUITE 1  
MEDIA, PA 19063

Debtor:  
JOSEPH  DESIDERIO  
JOAN E DESIDERIO  
331 DAVIS AVENUE

CLIFTON HEIGHTS, PA 19018