United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-13613-elf
Joseph Desiderio                                                 Chapter 13
Joan E Desiderio
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 2             Date Rcvd: Jul 29, 2020
                             Form ID: pdf900          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
```
db/jdb         +Joseph Desiderio,    Joan E Desiderio,    331 Davis Avenue,    Clifton Heights, PA 19018-1314
14115558       +ARS National Services, Inc.,    P.O. Box 463046,    Escondido, CA 92046-3046
14115562       +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14115563       +Citibank/Shell Oil,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14197384       +Delaware County Tax Claim Bureau,     c/o Stephen V. Bottiglieri, Esq.,    230 N. Monroe Street,
                 Media, PA 19063-2908
14246219       +Eugene J. Malady, LLC,    211 N. Olive Street, Suite 1,    Media, PA 19063-2835
14115565      ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court:     GC Services, LP,   6330 Gulfton,    Houston, TX 77081)
14115566       +H&R Accounts,    5320 22nd Avenue,    Moline, IL 61265-3627
14126379       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Toyota Lease Trust,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14115568        Lankenau Medical Center,    Patient Payments,    PO Box 781145,    Philadelphia, PA 19178-1145
14115570        Mercy Philadelphia Hospital,    PO Box 822967,    Philadelphia, PA 19182-2967
14115571        Mercy Physician Practice Network,    ATTN #21929N,    P.O. Box 1400,    Belfast, ME 04915-4033
14161330       +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
14186367       +Stephen Bottiglieri, Esq,    Michael Fx Gillin & Associates,    230 N Monroe St,
                 Media, PA 19063-2908
14115573       +Stephen Bottiglieri, Esquire,    Michael Fx Gillin & Associates,    230 N Monroe St,
                 Media, PA 19063-2908
14115576      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:     Toyota Financial Services,    Po Box 8026,    Cedar Rapids, IA 52409)
14186366       +Toyota Lease Trust,    PO Box 9013,    Addison, TX 75001-9013
14124030       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14115577      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court:     Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
14115578        Wells Fargo Home Mor,    Attn: Bankruptcy,    Mac X7801-014    3476 Stateview Blvd,
                 Fort Mill, SC 29715
14163585        Wells Fargo USA Holdings Inc.,    c/o Wells Fargo Bank, N.A., as Servicer,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Jul 30 2020 04:46:57      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
14115559        E-mail/Text: legal@arsnational.com Jul 30 2020 04:46:19      ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
14115560       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:00      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14131329        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14115564       +E-mail/Text: duffyk@co.delaware.pa.us Jul 30 2020 04:46:57      Delaware County Tax Claim Bureau,
                 201 West Front Street,    Media, PA 19063-2768
14115561        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 04:53:24      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14115567       +E-mail/Text: cs.bankruptcy@jmcbiz.com Jul 30 2020 04:47:01      Joseph Mann & Creed,
                 8948 Canyon Falls Blvd S,    Twinsburg, OH 44087-1900
14177026        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:14
                 LVNV Funding, LLC its successors and assigns as,     assignee of LC Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14177028        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:53:15
                 LVNV Funding, LLC its successors and assigns as,     assignee of Golden Caps Trust,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14115569       +E-mail/Text: bk@lendingclub.com Jul 30 2020 04:46:55      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
14167229       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 04:46:34      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14115572       +E-mail/PDF: pa_dc_claims@navient.com Jul 30 2020 04:53:13      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
14179503        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14330704        E-mail/Text: bknotices@snsc.com Jul 30 2020 04:47:01      SN Servicing,    c/o Kathy Watson,
                 323 5th Street,    Eureka, CA 95501
```

```
District/off: 0313-2         User: PaulP              Page 2 of 2              Date Rcvd: Jul 29, 2020
                             Form ID: pdf900          Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14115574        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:53:11      SYNCB/Texaco,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14115575        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:53:23      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14330479        +E-mail/Text: bknotices@snsc.com Jul 30 2020 04:47:01      US Bank NA,
                 C/O SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wells Fargo USA Holdings INC.
14186365*       +Delaware County Tax Claim Bureau,   201 West Front Street,   Media, PA 19063-2768
14186368*        Mercy Philadelphia Hospital,   PO Box 822967,   Philadelphia, PA 19182-2967
14186369*      ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Department,   PO Box 6429,
                  Greenville, SC 29606)
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

```
              BRIAN E. CAINE    on behalf of Creditor    US Bank NA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              EUGENE J. MALADY    on behalf of Joint Debtor Joan E Desiderio kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              EUGENE J. MALADY    on behalf of Debtor Joseph  Desiderio kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOSEPH  DESIDERIO <br> JOAN E DESIDERIO | Chapter 13 |
| Debtor | Bankruptcy No. 18-13613-ELF |

# O R D E R

 **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
EUGENE J MALADY
211 N OLIVE ST
SUITE 1
MEDIA, PA 19063

Debtor:
JOSEPH  DESIDERIO
JOAN E DESIDERIO
331 DAVIS AVENUE

CLIFTON HEIGHTS, PA 19018